UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 03-907-MBB

**UNITED STATES OF AMERICA**

v.

**ROBERT RAMOS**

ORDER OF VOLUNTARY DETENTION

DECEMBER 15, 2003

**BOWLER, Ch.U.S.M.J.**

On December 15, 2003, defense counsel stated in open court that his client would enter into a period of voluntary detention without prejudice until January 15, 2004. Defense counsel reserved the right to reopen the matter upon motion in the interim. This court will set a prompt hearing upon the filing of the a motion to reopen.

It is therefore **ORDERED** that the defendant be detained. This court orders the defendant's detention subject to the following conditions:

(1) The defendant be, and he hereby is, committed

to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant be afforded reasonable opportunity for private consultation with his counsel; and

(3) On Order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to an authorized Deputy U.S. Marshal for the purpose of any appearance in connection with a court proceeding.

*Marianne B. Bowler*
MARIANNE B. BOWLER
Chief United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MAGISTRATE JUDGE NO. 03-908-MBB

IVAN RODRIGUEZ

## APPOINTMENT OF FEDERAL DEFENDER
## (SYRIE FRIED)

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **DECEMBER 12, 2003** to represent said defendant in this cause until further order of the Court.

By: /s/ Marianne B. Bowler
MARIANNE B. BOWLER
Chief United States Magistrate Judge

DATE: Dec. 15, 2003

(FPDAPPNOTICECUSMJBMJCASE.wpd - 11/98)                                [koapptpd.]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 03-10331-RGS

**UNITED STATES OF AMERICA**

v.

**CLAUDIA NAVARRO**
**a/k/a CLAUDIA**

<u>**ORDER OF VOLUNTARY DETENTION**</u>

**DECEMBER 15, 2003**

**BOWLER, Ch.U.S.M.J.**

On December 11, 2003, defense counsel stated in open court that her client would enter into a period of voluntary detention without prejudice. Defense counsel reserved the right to reopen the matter upon motion. This court will set a prompt hearing upon the filing of the a motion to reopen.

It is therefore **ORDERED** that the defendant be detained. This court orders the defendant's detention subject to the following conditions:

> (1) The defendant be, and he hereby is, committed to the custody of the Attorney General for confinement

in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant be afforded reasonable opportunity for private consultation with her counsel; and

(3) On Order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to an authorized Deputy U.S. Marshal for the purpose of any appearance in connection with a court proceeding.

*Marianne B. Bowler*
MARIANNE B. BOWLER
Chief United States Magistrate Judge

# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

IN UNITED STATES  ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF: United States vs. Ivan Rodriguez
FOR
AT

**LOCATION NUMBER**

**PERSON REPRESENTED** (Show your full name)

**HOME ADDRESS:** 14 Spring St. Taunton, MA

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**CHARGE/OFFENSE** (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

**DOCKET NUMBERS**
Magistrate
District Court
Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer:
IF YES, how much do you earn per month? $
IF NO, give month and year of last employment. How much did you earn per month $
If married is your Spouse employed? ☐ Yes ☐ No  N/A
IF YES, how much does your Spouse earn per month $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ ~~No~~
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ — RECEIVED: $500 monthly   SOURCES: Disability payment

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No   IF YES, state total amount $94.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE VALUE AND DESCRIBE IT — VALUE: $20,000   DESCRIPTION: 2002 GMC Envoy (SUV)

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | | Total Debt | Monthly Paym't |
|---|---|---|---|
| APARTMENT OR HOME: | Rent contribution — varies | $ | $ ~~~~ |
| | Compass Bank - car payment | $28,000 | $400.00 |
| | | $ | $ |
| | | $ | $ |

I certify the above to be correct.

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED): Ivan Rodriguez
(DATE): 12/12/03

FPI-MAR-7-23-79-25M-2243

A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

CJA 23

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| | |
|---|---|
| IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
| IN THE CASE OF United States vs. Nestor Rodriguez  FOR  AT | |

PERSON REPRESENTED (Show your full name): V

HOME ADDRESS: 26 Barnum St. Taunton, MA

1. ☑ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

DOCKET NUMBERS
Magistrate:
District Court:
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed
Name and address of employer: —
IF YES, how much do you earn per month? $ —
IF NO, give month and year of last employment — How much did you earn per month $ —
If married is your Spouse employed? ☐ Yes ☐ No  N/A
IF YES, how much does your Spouse earn per month $ —
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ —

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ 303
SOURCES: Disability/welfare benefit

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No  IF YES, state total amount $ —

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE $ —
DESCRIPTION —

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: —

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | | Total Debt | Monthly Pay |
|---|---|---|---|
| APARTMENT OR HOME: | $100 rent contribution to parents | $ | $ 100.00 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Nestor Rodriguez   (DATE) 12/12/03

FPI-MAR—7-23-78-25M-2243