UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
        v.               )
                         ) 04-cr-10063-RCL
NESTOR RODRIGUEZ         )
        Defendant       )

**INFORMATION**

**COUNT ONE:**      (Title 21, United States Code, Section 851 --
                Notice of Prior Conviction)

The United States Attorney Charges that:

1.   On or about January 26, 2000, NESTOR RODRIGUEZ was convicted in the Taunton District Court of Possession of a Class B Substance with Intent to Distribute, in violation of M.G.L. 94C, §32A (Dkt. #9931CR0328A).

2.   On or about May 25, 1994, NESTOR RODRIGUEZ was convicted in the Bristol Superior Court of six counts of Distribution of a Class A Substance, in violation of M.G.L. 94C, §32 (Dkt. #33913-23).

3.   NESTOR RODRIGUEZ, has been named as a defendant in an Indictment numbered 04-cr-10063-RCL.

4.   By way of this information, the government notifies NESTOR RODRIGUEZ, that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of felony drug offenses, as set out in paragraphs 1 though 3, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    PETER K. LEVITT
Assistant U.S. Attorney

Dated:  March 23, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing document by facsimile and mail on Syrie Fried, Esq., counsel for NESTOR RODRIGUEZ.

PETER K. LEVITT
Assistant U.S. Attorney