UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 04-10063-RCL |
| ) | |
| NESTOR RODRIGUEZ ) | |
| ) | |
| Defendants. ) | |

MOTION OF THE UNITED STATES
FOR RULE 11 HEARING

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby requests that the Court schedule a Rule 11 hearing for Nestor Rodriguez in the above matter. Counsel for Nestor Rodriguez, Syrie Fried, agrees with this request.

Respectfully submitted,

MICHAEL J. SULLIVAN,

United States Attorney,

By: _____
PETER K. LEVITT
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3355

April 14, 2004

CERTIFICATE OF SERVICE

I, Peter K. Levitt, do hereby certify that a copy of the foregoing was served on counsel for defendant Nestor Rodriguez, Syrie Fried, by facsimile and first class mail on April 14, 2004.

PETER K. LEVITT
ASSISTANT UNITED STATES ATTORNEY