UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10063-RCL |
| | ) |
| | ) |
| NESTOR RODRIGUEZ | ) |

MOTION FOR COURT ORDER TO ALLOW
DEFENDANT TO VISIT HIS ILL FATHER

The defendant Nestor Rodriguez respectfully moves this Court for an order to permit him to visit his ill father. As grounds for this motion, counsel states that the defendant's father Jorge Rodriguez is hospitalized at Morton Hospital in Taunton. Mr. Rodriguez has cancer and had a stroke on October 1, 2004. He underwent surgery this week to remove a portion of his stomach. Because of his manifold health problems, his prognosis is poor and the defendant fears that his father will die while he is in custody.

The defendant is scheduled to be sentenced on November 29, 2004. He will almost certainly be sentenced to a lengthy prison term that probably will be served outside of the Commonwealth of Massachusetts. It is therefore likely that the defendant will not be able to see his father again if this request is not granted. The defendant understands that any such visit would occur under the supervision of the U.S. Marshals.

Wherefore, for the reasons set forth above, the defendant respectfully requests that this motion for permission to visit his ailing father be granted.

        Respectfully submitted

        By his attorney,


        Syrie D. Fried
        /s/ Syrie D. Fried
           B.B.O. # 555815
        Federal Defender Office
        40 Atlantic Avenue
        Boston, MA  02110
        Tel:  617-223-8061