```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
                         )
        v.               )    CR. NO. 04-10063-RCL
                         )
NESTOR RODRIGUEZ         )
   Defendant.            )
```

### RESPONSE OF THE UNITED STATES
### TO DEFENDANT'S MOTION TO VISIT HIS ILL FATHER

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and responds as follows to the defendant's motion to visit his ill father. The government does not, *per se*, oppose the motion. However, since the U.S. Marshal's Service would be required to maintain custody of the defendant during any such visit, and since the issue of cost is not addressed in the defendant's motion, the government states that whatever position the Marshal's Service takes with respect to this issue is acceptable to the government.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN,

                                                United States Attorney,

                      By:    /S/ PETER K. LEVITT
                            PETER K. LEVITT
                            Assistant U.S. Attorney
                            One Courthouse Way
                            Boston, MA
                            (617) 748-3355

October 12, 2004

CERTIFICATE OF SERVICE

    I, Peter K. Levitt, do hereby certify that a copy of the foregoing was served on counsel for defendant Nestor Rodriguez, Syrie Fried, by facsimile on October 12, 2004.

                                       /s/ PETER K. LEVITT
                                       PETER K. LEVITT
                                       ASSISTANT UNITED STATES ATTORNEY