UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10063-RCL |
| | ) | |
| | ) | |
| NESTOR RODRIGUEZ | ) | |

NOTICE OF APPEAL

Notice is hereby given that the defendant Nestor Rodriguez appeals the sentence imposed on him following a judgment of conviction in the above-captioned case on November 29, 2004 to the United States Court of Appeals for the First Circuit.

                                        NESTOR RODRIGUEZ
                                        By his attorney,

                                        /s/ Syrie D. Fried
                                        Syrie D. Fried
                                            B.B.O. # 555815
                                        Federal Defender Office
                                        408 Atlantic Avenue, 3rd Floor
                                        Boston, MA  02110
                                        Tel: (617) 223-8061

Dated: December 2, 2004