***UNITED STATES DISTRICT COURT***
***DISTRICT OF MASSACHUSETTS***

---

USCA Docket Number:

USDC Docket Number : 04-cr-10063

United States of America

v.

Nestor Rodriguez

---

**CLERK'S CERTIFICATE**

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/2/04.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 29, 2004.

Tony Anastas, Clerk of Court

By: Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/29/04

Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____________________

[cv: apprec.] [cr: kapprec.]

APPEAL, MAG

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10063-RCL-ALL

Case title: USA v. Rodriguez et al
Magistrate judge case numbers: 1:03-mj-00908
1:03-mj-00908-MBB

Date Filed: 03/04/2004

---

Assigned to: Judge Reginald C. Lindsay
Referred to: Magistrate Judge Marianne B. Bowler

**Defendant**

-----------------------

**Nestor Rodriguez** (2)
*TERMINATED: 12/10/2004*

represented by **Syrie D. Fried**
Federal Defender's Office
408 Atlantic Ave.
Third Floor
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: syrie_fried@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| Pending Counts | Disposition |
| --- | --- |
| 21:846 CONSPIRACY TO DISTRIBUTE Heroin (1) | The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 188 months. Upon release, the defendant is placed on supervised release for a term of 6 years with special conditions. The Court further imposes a special assessment of |
| 21:841(a)(1) Distribution of Heroin (3) | The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 188 months. Upon release, the defendant is placed on supervised release for a term of 6 years with special conditions. The Court further imposes a special assessment of |
| 21:841(a)(1) Distribution of Heroin; 18:2 Aiding and Abetting (4) | The Court orders the defendant committed to the custody of the Bureau of Prisons for a term of 188 months. Upon release, the defendant is placed on supervised release for a term of 6 years with special conditions. The Court further imposes a special assessment of |
| | The Court orders the |

21:841(a)(1) Possession with Intent to Distribute Heroin (7)

defendant committed to the custody of the Bureau of Prisons for a term of 188 months. Upon release, the defendant is placed on supervised release for a term of 6 years with special conditions. The Court further imposes a special assessment of

**Highest Offense Level (Opening)**
**-------------------------------------**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
**-------------------------------------------**
None

| **Complaints** | **Disposition** |
|---|---|
| | The Court orders the defendant committed to the |

| | |
|---|---|
| 21:846Conspiracy distribute heroin | custody of the Bureau of Prisons for a term of 188 months. Upon release, the defendant is placed on supervised release for a term of 6 years with special conditions. The Court further imposes a special assessment of |

---

Assigned to: Judge Reginald C. Lindsay

| | | |
|---|---|---|
| **Ivan Rodriguez** (1) | represented by | **Clifford Samuel Sutter, Jr.**<br>203 Plymouth Avenue<br>Building #7<br>Fall River, MA 02721<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Melvin Norris**<br>Mel Norris<br>260 Boston Post Road<br>Suite 9<br>Wayland, MA 01778<br>508-358-3305<br>Fax: 508-358-7787<br>Email: attorney.norris@verizon.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

**Pending Counts**
---------------------

21:846 CONSPIRACY TO DISTRIBUTE Heroin
(1)

21:841(a)(1) Distribution of Heroin
(2)

21:841(a)(1) Distribution of Heroin; 18:2 Aiding and Abetting
(4-5)

21:841(a)(1) Distribution of Heroin
(6)

21:841(a)(1) Possession with Intent to Distribute Heroin
(7)

**Disposition**
---------------

**Highest Offense Level (Opening)**
-----------------------------------

Felony

**Terminated Counts**
---------------------------

None

**Disposition**
---------------

**Highest Offense Level (Terminated)**
-----------------------------------

--------

None

| **Complaints** | **Disposition** |
|---|---|
| 21:846Conspiracy distribute heroin | |

**Plaintiff**

--------------------

**USA** represented by **Peter K. Levitt**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3965
Email: Peter.Levitt@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/10/2003 | 1 | SEALED COMPLAINT as to Nestor Rodriguez (1), Ivan Rodriguez (2). (Smith3, Dianne)[1:03-mj-00908-MBB] (Entered: 12/19/2003) |

| | | |
|---|---|---|
| 12/10/2003 | 2 | Arrest Warrants Issued as to Ivan Rodriguez, Nestor Rodriguez. (Smith3, Dianne)[1:03-mj-00908] (Entered: 12/19/2003) |
| 12/10/2003 | 3 | AFFIDAVIT of Michael Burke by USA as to Nestor Rodriguez, Ivan Rodriguez [1] Complaint (Sealed) (Smith3, Dianne)[1:03-mj-00908-MBB] (Entered: 12/19/2003) |
| 12/10/2003 | 4 | MOTION to Seal Case as to Nestor Rodriguez, Ivan Rodriguez by USA. (Smith3, Dianne)[1:03-mj-00908-MBB] (Entered: 12/19/2003) |
| 12/12/2003 | | Judge Marianne B. Bowler : Endorsement on motion ORDER entered granting [4] Motion to Seal Case as to Nestor Rodriguez (1), Ivan Rodriguez (2) (Smith3, Dianne)[1:03-mj-00908-MBB] (Entered: 12/19/2003) |
| 12/12/2003 | 5 | MOTION to Unseal Case as to Nestor Rodriguez, Ivan Rodriguez by USA. (Smith3, Dianne)[1:03-mj-00908-MBB] (Entered: 12/19/2003) |
| 12/12/2003 | | Judge Marianne B. Bowler : Endorsement on motion ORDER entered granting [5] Motion to Unseal Case as to Nestor Rodriguez (1), Ivan Rodriguez (2) (Smith3, Dianne)[1:03-mj-00908-MBB] (Entered: 12/19/2003) |
| 12/12/2003 | 7 | CJA 23 Financial Affidavit by Nestor Rodriguez (Saccoccio, Dianalynn)[1:03-mj-00908-MBB] (Entered: 12/19/2003) |
| 12/12/2003 | | Judge Joyce London Alexander : ORDER entered ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Nestor Rodriguez Syrie D. Fried for Nestor Rodriguez appointed. Correction to docket made; Federal Defender was appointed to |



| | | |
|---|---|---|
| | | Deft. #2 in error (Saccoccio, Dia[1:03nalynn)[1:03-mj-00908-MBB] (Entered: 12/30/2003) |
| 12/12/2003 | | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Initial Appearance as to Nestor Rodriguez, Ivan Rodriguez held on 12/12/2003; Govt. moves for detention and continuance resets detention to Dec. 16, 2003 @ 2:30[1:03 PM;defts. remanded to the custody of the U.S. Marshals. (Tape #digital.) (Saccoccio, Dianalynn)[1:03-mj-00908-MBB] (Entered: 01/05/2004) |
| 12/12/2003 | 6 | CJA 23 Financial Affidavit by Ivan Rodriguez (Saccoccio, Dianalynn)[1:03-mj-00908] (Entered: 12/19/2003) |
| 12/12/2003 | 8 | Judge Marianne B. Bowler : ORDER entered ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Ivan Rodriguez Syrie D. Fried for Ivan Rodriguez appointed. (Saccoccio, Dianalynn)[1:03-mj-00908] (Entered: 12/19/2003) |
| 12/19/2003 | 9 | ASSENTED-TO MOTION to Continue hearing to 12/23/03 to conduct detention hearing and preliminary examination as to Nestor Rodriguez, Ivan Rodriguez by USA, Nestor Rodriguez, Ivan Rodriguez. (Brown, Rex)[1:03-mj-00908-MBB] (Entered: 12/22/2003) |
| 12/19/2003 | | Judge Joyce London Alexander : Electronic ORDER entered granting 9 Motion to Continue as to Nestor Rodriguez (1), Ivan Rodriguez (2) (Brown, Rex)[1:03-mj-00908-MBB] (Entered: 12/22/2003) |
| 12/19/2003 | | Set/Reset Hearings as to Nestor Rodriguez, Ivan |

| | | |
|---|---|---|
| | | Rodriguez : Detention Hearing set for 12/23/2003 10:30 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. Preliminary Examination set for 12/23/2003 10:30 AM in Courtroom 24 before Magi[1:03strate Judge Joyce London Alexander. (Brown, Rex)[1:03-mj-00908-MBB] (Entered: 12/22/2003) |
| 12/19/2003 | 10 | Judge Marianne B. Bowler : ORDER entered CJA 20 as to Ivan Rodriguez : Appointment of Attorney Melvin Norris for Ivan Rodriguez. (Saccoccio, Dianalynn)[1:03-mj-00908] (Entered: 12/30/2003) |
| 12/23/2003 | | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Detention Hearing as to Nestor Rodriguez, Ivan Rodriguez waived on 12/23/2003. The defendants consent to a voluntary order of detention. Order to issue. Preli [1:03minary Examination as to Nestor Rodriguez, Ivan Rodriguez held on 12/23/2003. The government and defense present evidence. Corrections made to the complaint in Open Court. The government and defense rest. The government and defense present oral arg[1:03ument. The Court takes the matters under advisement. (Tape #Digital Recording.) (Brown, Rex)[1:03-mj-00908-MBB] (Entered: 12/24/2003) |
| 01/12/2004 | 11 | Judge Joyce London Alexander : ORDER entered ORDER OF DETENTION as to Nestor Rodriguez, Ivan Rodriguez, ORDER ON PROBABLE CAUSE as to Nestor Rodriguez, Ivan Rodriguez. (Brown, Rex)[1:03-mj-00908-MBB] (Entered: 01/12/2004) |
| 02/23/2004 | 12 | NOTICE OF ATTORNEY APPEARANCE: Clifford Samuel Sutter Jr. appearing for Ivan Rodriguez. (Rynne, Michelle)[1:03-mj-00908] |



| | | |
|---|---|---|
| | | (Entered: 02/25/2004) |
| 03/04/2004 | 13 | INDICTMENT as to Ivan Rodriguez (1) count(s) 1, 2, 4-5, 6, 7, Nestor Rodriguez (2) count(s) 1, 3, 4, 7. (Gawlik, Cathy) (Entered: 03/04/2004) |
| 03/04/2004 | | Judge Reginald C. Lindsay : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: pretrial proceedings as to Nestor Rodriguez, Ivan Rodriguez (Gawlik, Cathy) (Entered: 03/04/2004) |
| 03/08/2004 | 14 | NOTICE OF HEARING as to Nestor Rodriguez, Ivan Rodriguez Arraignment set for 3/18/2004 02:15 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 03/08/2004) |
| 03/18/2004 | | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Arraignment as to Nestor Rodriguez (2) Count 1,3,4,7 and Ivan Rodriguez (1) Count 1,2,4-5,6,7 held on 3/18/2004; Peter Levitt for the Govt.; Sam Sutter for Deft. Ivan Rodriguez; Syrie Fried for the Deft. Nestor Rodriguez; Both Defts. waive the reading of the indictment; Deft. #1 pleads not guilty to all counts; Deft. # 2 pleads not guilty to all counts; Govt. estimates 5 witnesses and trial to take 4-5 days; Initial status set for May 5, 2004 at 10:00 AM; Defts. remanded to the custody of the U.S. Marshals. (Tape #digital.) (Saccoccio, Dianalynn) (Entered: 03/18/2004) |
| 03/23/2004 | 15 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Ivan Rodriguez (Tebo, Susan) (Entered: 03/23/2004) |
| | | |



| | | |
|---|---|---|
| 03/23/2004 | 16 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Nestor Rodriguez (Tebo, Susan) (Entered: 03/23/2004) |
| 04/14/2004 | 17 | MOTION for RULE 11 Hearing as to Nestor Rodriguez by USA. (Stanhope, Don) (Entered: 04/20/2004) |
| 04/21/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 17 Motion for Rule 11 Hearing as to Nestor Rodriguez (2) (Hourihan, Lisa) (Entered: 04/21/2004) |
| 04/21/2004 | | Set/Reset Deadlines/Hearings as to Nestor Rodriguez : Change of Plea Hearing set for 5/18/2004 03:00 PM before Judge Reginald C. Lindsay. Any written plea agreement to be submitted to the Court three business days prior to the rule 11 hearing. (Hourihan, Lisa) (Entered: 04/21/2004) |
| 04/21/2004 | | Set/Reset Deadlines/Hearings as to Nestor Rodriguez : Change of Plea Hearing RESET for 5/25/2004 03:00 PM before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 04/21/2004) |
| 05/04/2004 | 18 | Joint MOTION to Continue Initial Status Conference to 5/11/04 at 10:15amas to Ivan Rodriguez by USA, Ivan Rodriguez. (Stanhope, Don) (Entered: 05/05/2004) |
| 05/11/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 18 Motion to Continue as to Ivan Rodriguez (1) (Bowler, Marianne) (Entered: 05/11/2004) |
| 05/11/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Status |

| | | |
|---|---|---|
| | | Conference as to Ivan Rodriguez held on 5/11/2004; Peter Levitt for the govt.; Samuel Sutter for the deft.; Parties submit copy of joint status report requesting final status hearing set for July; Court sets final status for July 7, 2004 at 10:00 AM; Parties agree to exclude the time and the govt. will file an assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 05/11/2004) |
| 05/11/2004 | 19 | Joint Initial STATUS REPORT by USA, Ivan Rodriguez as to Ivan Rodriguez (Stanhope, Don) (Entered: 05/12/2004) |
| 05/11/2004 | 20 | Government's ASSENTED TO MOTION to Exclude Time from 5/11/04 to 7/7/04 as to Ivan Rodriguez by USA. (Stanhope, Don) (Entered: 05/12/2004) |
| 05/13/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 20 Motion to Exclude as to Ivan Rodriguez (1) (Bowler, Marianne) (Entered: 05/13/2004) |
| 05/25/2004 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay :Change of Plea Hearing as to Nestor Rodriguez held on 5/25/2004. Defendant retracts previous plea of not guilty and enters plea of guilty to Counts 1,3,4 and 7 of the Indictment. Court finds factual basis, the plea is accepted and entered by Nestor Rodriguez (2) Guilty Count 1,3,4,7. Sentencing set for 9/20/2004 02:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 05/26/2004) |
| 05/25/2004 | 21 | PLEA AGREEMENT as to Nestor Rodriguez (Hourihan, Lisa) (Entered: 05/26/2004) |



| | | |
|---|---|---|
| 05/26/2004 | 22 | Judge Reginald C. Lindsay : ORDER entered PROCEDURAL ORDER re sentencing hearing as to Nestor Rodriguez Sentencing set for 9/20/2004 02:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 05/26/2004) |
| 06/08/2004 | 23 | Assented to MOTION of the United States To Make Late Submission to Probation of Defendant's Offense Conduct as to Nestor Rodriguez by USA. (Stanhope, Don) (Entered: 06/09/2004) |
| 06/17/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 23 Motion of the United States to Make Late Submission to Probation of Defendant's Offense Conduct as to Nestor Rodriguez (2) (Hourihan, Lisa) (Entered: 06/17/2004) |
| 07/06/2004 | 24 | MOTION to Continue Final Status Conference to 8/3/04 as to Ivan Rodriguez . (Stanhope, Don) (Entered: 07/08/2004) |
| 07/08/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 24 Motion to Continue as to Ivan Rodriguez (1) (Bowler, Marianne) (Entered: 07/08/2004) |
| 07/08/2004 | | Set/Reset Hearings as to Ivan Rodriguez : Final Status Conference set for 8/3/2004 10:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 07/08/2004) |
| 07/30/2004 | 25 | Letter regarding Final Status Conference as to Ivan Rodriguez from Kelley Anne Sutter. (Stanhope, Don) (Entered: 08/03/2004) |
| 08/03/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Final Status |

| | | |
|---|---|---|
| | | Conference as to Ivan Rodriguez held on 8/3/2004; Peter Levitt for the govt.; Sam Sutter for the deft.; Parties ask for an additional thirty days for a further status; Further status set for September 7, 2004 at 2:30 PM; Parties agree to exclude the time from today to September 7, 2004; Govt. to file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 08/03/2004) |
| 08/03/2004 | 26 | MOTION for Excludable Delay from 8/3/04 to 9/7/04 as to Ivan Rodriguez by USA. (Levitt, Peter) (Entered: 08/03/2004) |
| 08/04/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 26 Motion to Exclude as to Ivan Rodriguez (1) (Bowler, Marianne) (Entered: 08/04/2004) |
| 09/08/2004 | 27 | MOTION to Continue as to Ivan Rodriguez . (Stanhope, Don) (Entered: 09/09/2004) |
| 09/09/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 27 Motion to Continue as to Ivan Rodriguez (1) (Bowler, Marianne) (Entered: 09/09/2004) |
| 09/16/2004 | 28 | ***SEALED DOCUMENT*** MOTION to Continue Sentencing as to Nestor Rodriguez by USA. (Stanhope, Don) (Entered: 09/16/2004) |
| 09/16/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 28***SEALED DOCUMENT*** Motion to Continue Sentencing as to Nestor Rodriguez (2) (Stanhope, Don) (Entered: 09/16/2004) |
| 09/16/2004 | | Set/Reset Deadlines/Hearings as to Nestor |

| | | |
|---|---|---|
| | | Rodriguez : Sentencing set for 11/29/2004 02:00 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Stanhope, Don) (Entered: 09/16/2004) |
| 09/22/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Further status conference as to Ivan Rodriguez held on 9/22/2004; Peter Levitt for the govt. and Sam Sutter for the deft.; Govt. reports that the case can be returned to the district court for a change of plea; Court will enter the file status report forthwith. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 09/22/2004) |
| 09/23/2004 | 29 | Judge Marianne B. Bowler : ORDER entered REPORT AND ORDER on Final Status Conference as to Ivan Rodriguez (Saccoccio, Dianalynn) (Entered: 09/23/2004) |
| 09/23/2004 | | Judge update in case as to Ivan Rodriguez. Judge Marianne B. Bowler no longer assigned to case. (Saccoccio, Dianalynn) (Entered: 09/23/2004) |
| 10/08/2004 | 30 | MOTION for Order *to Allow Defendant to Visit His Ill Father* as to Nestor Rodriguez. (Fried, Syrie) (Entered: 10/08/2004) |
| 10/12/2004 | 31 | RESPONSE to Motion by USA as to Nestor Rodriguez re 30 MOTION for Order *to Allow Defendant to Visit His Ill Father* (Levitt, Peter) (Entered: 10/12/2004) |
| 10/13/2004 | | Judge Marianne B. Bowler: Electronic ORDER entered denying 30 Motion for Order as to Nestor Rodriguez(2), without prejudice. The defendant is directed to provide documentation that his father's death is imminent and to address the issue of cost |



| | | |
|---|---|---|
| | | raised in the government's response. (Bowler, Marianne) (Entered: 10/13/2004) |
| 11/02/2004 | 32 | NOTICE OF HEARING as to Ivan Rodriguez Pretrial Conference set for 11/22/2004 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 11/02/2004) |
| 11/22/2004 | 33 | MOTION to Continue as to Ivan Rodriguez . (Stanhope, Don) (Entered: 11/23/2004) |
| 11/23/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 33 Motion to Continue as to Ivan Rodriguez (1) (Stanhope, Don) (Entered: 11/23/2004) |
| 11/23/2004 | | Set/Reset Deadlines/Hearings as to Ivan Rodriguez : Pretrial Conference set for 12/6/2004 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Stanhope, Don) (Entered: 11/23/2004) |
| 11/23/2004 | 35 | ***SEALED DOCUMENT*** MOTION for Leave to File Sentencing Memorandum Under Seal.as to Nestor Rodriguez . (Stanhope, Don) (Entered: 11/29/2004) |
| 11/26/2004 | 34 cuff | SENTENCING MEMORANDUM by USA as to Nestor Rodriguez (Levitt, Peter) (Entered: 11/26/2004) |
| 11/29/2004 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay :Sentencing held on 11/29/2004 for 2 Nestor Rodriguez. The Court finds the Total Offense Level to be 31 and the Criminal History Category to be V. The Court orders the defendat committed to the custody of the Bureau of Prisons for a term of 188 months. Upon release, the defendant is placed on supervised |




| | | |
|---|---|---|
| | | release for a term of 6 years with special conditions. The Court further imposes a special assessment of $400 (Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 11/30/2004) |
| 11/29/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 35 ***SEALED DOCUMENT*** Motion for Leave to File Sentencing Memorandum Under Seal. as to Nestor Rodriguez (2) (Stanhope, Don) (Entered: 11/30/2004) |
| 11/29/2004 | 36 | ***SEALED DOCUMENT*** Memorandum in Aid of Sentencing (2 Exhibits Attached) as to Nestor Rodriguez (Stanhope, Don) (Entered: 11/30/2004) |
| 12/02/2004 | 37 | NOTICE OF APPEAL by Nestor Rodriguez Filing fee $ 255. Reason fee is not required: Federal Defender Office NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/22/2004. (Fried, Syrie) (Entered: 12/02/2004) |
| 12/06/2004 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay :Pretrial Conference as to Ivan Rodriguez held on 12/6/2004 Change of Plea Hearing set for 1/26/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. If there is to be a written plea agreement, it is to be filed three days before the change of plea(Court Reporter D. Joyce.) (Hourihan, Lisa) (Entered: 12/08/2004) |
| | | |



| | | |
|---|---|---|
| 12/08/2004 | 38 | MOTION for Excludable Delay to as to Ivan Rodriguez by USA. (Levitt, Peter) (Entered: 12/08/2004) |
| 12/10/2004 | 39 | Judge Reginald C. Lindsay : ORDER entered JUDGMENT (Hourihan, Lisa) (Entered: 12/14/2004) |
| 12/10/2004 | 40 | Judge Reginald C. Lindsay : ORDER entered STATEMENT OF REASONS as to Nestor Rodriguez (Attachments: # 1) (Hourihan, Lisa) (Entered: 12/14/2004) |
| 12/13/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 38 Assented to Motion to Exclude Time as to Ivan Rodriguez (1) (Stanhope, Don) (Entered: 12/14/2004) |
| 12/13/2004 | | Judge Reginald C. Lindsay : ORDER entered ORDER ON EXCLUDABLE DELAY as to Ivan Rodriguez Time excluded from 12/6/4 until 1/26/5. (Stanhope, Don) (Entered: 12/15/2004) |