# United States Court of Appeals
## For the First Circuit

---

No. 05-1019

UNITED STATES,

Appellee,

v.

NESTOR RODRIGUEZ,

Defendant, Appellant.

---

Before

Boudin, <u>Chief Judge</u>,
Lynch and Lipez, <u>Circuit Judges</u>.

---

JUDGMENT

Entered: June 7, 2005

    No objection to defendant's "Assented-To Motion for a Remand for Resentencing in Light of <u>United States</u> v. <u>Booker</u>" having been filed, the defendant's conviction is <u>affirmed</u>, his sentence is <u>vacated</u>, and the case is <u>remanded</u> for resentencing in light of <u>United States</u> v. <u>Booker</u>, 125 S. Ct. 738 (2005). We intimate no view as to whether the same or a different sentence should be imposed on remand.

                              By the Court:

                              Richard Cushing Donovan, Clerk.

**MARGARET CARTER**

By: _____
        Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: _____ Date: 6/7/05

[certified copies to: Hon. Reginald C. Lindsay and Sarah A. Thornton, Clerk]
[Syrie Fried, Esq., Peter K. Levitt, Esq. and Dina Michael Chaitowitz, Esq.]