UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Crim. No. 04-10063-RCL |
| | ) | |
| | ) | |
| NESTOR RODRIGUEZ | ) | |

NOTICE OF APPEAL

    Notice is hereby given that the defendant Nestor Rodriguez appeals the sentence imposed on him following a judgment of conviction in the above-captioned case on October 6, 2005 to the United States Court of Appeals for the First Circuit.

                                                NESTOR RODRIGUEZ
                                                By his attorney,

                                                /s/ Syrie D. Fried
                                                Syrie D. Fried
                                                   B.B.O. # 555815
                                                Federal Defender Office
                                                408 Atlantic Avenue, 3rd Floor
                                                Boston, MA  02110
                                                Tel: (617) 223-8061

Dated: October 12, 2005