**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

USCA Docket Number: 05-cv-2593

USDC Docket Number : 04-cr-10063

United States of America

v.

Nestor Rodriguez

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 65 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 13, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/13/06.

_____
Deputy Clerk, US Court of Appeals