UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
            V.                 )        Criminal No. 04-10063-RCL
                               )
NESTOR AND IVAN RODRIGUEZ,     )
      Defendants.

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Jennifer H. Zacks
     JENNIFER H. ZACKS
     Assistant U.S. Attorney
     United States Attorney's Office
     One Courthouse Way, Suite 9200
     Boston, MA 02210
     (617) 748-3109

Dated: June 1, 2006

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 1, 2006.


<u>/s/Jennifer H. Zacks</u>
JENNIFER H. ZACKS
Assistant U.S. Attorney


Dated: June 1, 2006